1. My best accomplishments would be my kids and the young women they have grown into. They are smart and caring girls. Another accomplishment would be finding my wife and having a great marriage with her and building our lives together.

2. My best attributes I believe are I am a loving and caring dad, and husband. I am a hardworker and provide for my family.

3. I am most proud of my children, and owning my own land and home. My wife and I were working on being able to build a new home.

4. My short term goals would be to get back home to my family.

5. My long term goals are after getting back home are to find the best job I can and take care of my family.

6. I feel like I am the same person I was ever before these allegations. I care about my family and other people in general.

7. What I have been accused of is a serious offense, showing me leniency would not effect my views on that I agree that it is serious.

8. Leniency would not effect my respect for the law. I have always respected the law. Although I did have a couple misdemeanors when I was younger. I have no excuse other than I was young and dumb and made mistakes.

9. Showing me leniency should not effect others respect for the law. All cases are different and shouldn't be viewed as the same.

10. For the offense I am accused of the punishment should be prison time.

11. I don't believe leniency for me will or should effect others and breaking the law.

12. I did not commit the crimes I am accused of so leniency would not put the public in danger in any way. I have not committed these crimes and I will never commit them.

13. Yes

14. Not being locked away in prison so I can have access to any training that might be needed.

15 No

16. It is alot easier to accuse someone of wrongdoing than it is to prove someone is lying. I did not do what I am accused of and have been found guilty of. I never caused harm to Alyson or Brianna or anyone else for that matter. In my case there was no evidence that I have done what I am accused of, it was all he said, she said. It all came down to who's word the jury wanted to believe. I would never hurt a child. I love my two biological children, and my three step-children with all my heart, I even loved Alyson and Brianna. There is nothing in the world I wouldn't do for my children. I still can't wrap my head around why anyone would make these allegations against me. I admit when I was younger up until May 21st 2020 I did drink and smoke weed. I could be mean, with my words when I was drinking, but never physically in any way. I quit drinking and smoking to try and be a better dad, husband, son, brother, uncle, and person in general. I regret that it took something big like losing everything for me to open my eyes and make a change I should have years before. I haven't been in very much trouble with the law

I have had a couple misdemeanors one being a public intoxication, and a dui. I haven't been in any other serious kind of trouble. I have made mistakes in my life and I will admit to them I always have. What I have been found guilty of here by a jury I did not do. I have 5 children that I am a father to and I love and miss everyone of them with all my heart. I would love to be able to see them grow up and be there for them along the way, they ask me all the time when I talk to them on the phone when I will be home they love me and miss me too. I am not the guy I have been portrayed to be, I am a family man who has always worked hard to provide for me family and make sure they are taken care of. I don't hold any grudges towards my accusers, I believe they may have been through the types of things I am accused of but not by me. I wish them the best in their lives. I ask you to help me to be able to be there for my family in the future.